# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| G.R. WERTH & ASSOCIATES, INC. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:22-CV-00660 |
| PERPETUAL EVOLUTION DESIGNS, LLC, ET AL. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Perpetual Evolution Designs, LLC
c/o Statutory Agent James R. Blair
1711 Grant Street
Cuyahoga Falls, OH 44223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Glenn R. Wilson, Esq.
Weston Hurd LLP
1300 E. 9th St., Ste. 1400
Cleveland, OH 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 04/27/2022



/s/ Julianne Dudash
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-CV-00660

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Perpetual Evolution Designs, LLC

was received by me on *(date)* April 27, 2022 .

☒ I personally served the summons on the individual at *(place)* 1711 Grant Street, Cuyahoga Falls, OH via UPS, signed by Blair on *(date)* April 28, 2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

/s/Glenn R. Wilson

*Printed name and title*

1300 E. 9th St., Ste. 1400, Cleveland, OH 44114

*Server's address*

Additional information regarding attempted service, etc:

.

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z44X3812492669276

**Service**

UPS Next Day Air®

**Shipped / Billed On**

04/27/2022

**Additional Information**

Signature Required

**Delivered On**

04/28/2022 9:29 A.M.

**Delivered To**

CUYAHOGA FALLS, OH, US

**Received By**

BLAIR

**Left At**

Residential

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 04/28/2022 3:56 P.M. EST